BLAIR v. BROOKLYN, Q. C. & S. R. CO.

(Supreme Court, Appellate Division, Second Department. December 30, 1910.)

Appeal from Municipal Court, Borough of Brooklyn, Seventh District.

Action by Walter J. Blair against the Brooklyn, Queens County & Suburban Railroad Company. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, BURR, and RICH, JJ.

James W. Carpenter, for appellant.
Henry E. Heistad, for respondent.

PER CURIAM. Judgment and order of the Municipal Court unanimously affirmed, with costs, on the authority of Helen A. Blair v. Brooklyn, Queens County & Suburban Railroad Company (decided herewith) 126 N. Y. Supp. 466.